## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                                   Criminal No. 07-419(2) (DWF/AJB)

   Plaintiff,

v.                                                          **ORDER ADOPTING REPORT
                                                            AND RECOMMENDATION**

Pradith Syhaphom
a/k/a Dickie,

   Defendant.

---

Christian S. Wilton, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Gary R. Bryant-Wolf, Esq., Bryant-Wolf Law Office, counsel for Defendant.

---

  This matter is before the Court upon Defendant Pradith Syhaphom's ("Defendant") objections to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated July 1, 2008, recommending that Defendant's Motion to Suppress Evidence Obtained through Electronic Surveillance be denied and that Defendant's Motion to Suppress Evidence Seized pursuant to Search be denied.

  The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and

precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Defendant's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Defendant Pradith Syhaphom's objections (Doc. No. 196) to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated July 1, 2008, are **DENIED**.

2. Magistrate Judge Arthur J. Boylan's Report and Recommendation dated July 1, 2008 (Doc. No. 178), as it relates to Defendant Pradith Syhaphom, is **ADOPTED**.

3. Defendant Pradith Syhaphom's Motion to Suppress Evidence Obtained through Electronic Surveillance (Doc. No. 136) is **DENIED**.

4. Defendant Pradith Syhaphom's Motion to Suppress Evidence Seized pursuant to Search (Doc. No. 138) is **DENIED**.

Dated:  September 15, 2008             s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       Judge of United States District Court